**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7

   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   **Corinth Autumn Oaks, L.P.**

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed, names, trade names, or *doing business as* names.

   **Autumn Oaks of Corinth**
   **Autumn Oaks**

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   **7 5 – 2 9 5 5 6 3 1**
   EIN

5. **Debtor's address**

   **Principal place of business**

   **1900 Enchanted Way**
   Number   Street

   **Suite 200**

   **Grapevine          TX    76051**
   City                State  ZIP Code

   **Tarrant**
   County

   **Mailing address, if different**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City                State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   **3440 Corinth Parkway**
   Number   Street

   **Corinth            TX    76208**
   City                State  ZIP Code

6. **Debtor's website (URL)**   **www.autumnoaksliving.com**

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor  **Corinth Autumn Oaks, L.P.**                                      Case number (if known) _____
        Name

7. **Type of debtor**
   - ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☒ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    *Check one:*
   - ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ No
   - ☒ Yes.  Debtor **St. Charles Memory Care, LLC**   Relationship **Affiliate**
     District **N.D. - Fort Worth**   Date filed **01/27/2023**   Case number, if known **23-40253**
                                              MM / DD / YYYY

## Part 3:  Report About the Case

10. **Venue**   *Check one:*
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**
    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).
    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes.  Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

13. **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Corinth AO GP, LLC** | **Promissory note and developer fee** | **$1,488,511.82** |
| | Total of petitioners' claims | **$1,488,511.82** |

**If more space is needed to list petitioners, attach additional sheets.  Write the alleged debtor's name and the case number, if known, at the top of each sheet.  Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

Debtor  **Corinth Autumn Oaks, L.P.**  Case number (if known) _____
  Name

## Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| **Corinth AO GP, LLC** | **Gregory W. Mitchell** |
| Name | Printed name |
| **1900 Enchanted Way, Suite 200** | **Freeman Law, PLLC** |
| Number   Street | Firm name, if any |
| **Grapevine**   **TX**   **76051** | **7011 Main Street** |
| City   State   ZIP Code | Number   Street |
| | **Frisco**   **TX**   **75034** |
| **Name and mailing address of petitioner's representative, if any** | City   State   ZIP Code |
| **Tracy Bazzell** | Contact phone **(214)924-3124** |
| Name | Email **gmitchell@freemanlaw.com** |
| **1900 Enchanted Way, Suite 200** | Bar number **00791285** |
| Number   Street | State **TX** |
| **Grapevine**   **TX**   **76051** | |
| City   State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/2/2024**
  MM / DD / YYYY

**X** **/s/ Tracy Bazzell, President of MWW Ptrs Cons (sole me**
Signature of petitioner or representative, including representative's title

**X** **/s/ Gregory W. Mitchell**
Signature of attorney

Date signed **12/2/2024**
  MM / DD / YYYY